UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RLB CAR CARE, LLC and
RICHARD BURTON,

    Plaintiffs,

-vs-

          Case No. 06-13481
          Hon: AVERN COHN

THE CITY OF DETROIT, a Municipal
Corporation and ROBERT INIS, Individually,

    Defendants.

_____/

## SCHEDULING ORDER

This jury case is long standing. There are two (2) defendants: the City of Detroit and Robert Inis, individually. At the time of the events in question, Inis was a City of Detroit police officer. There are five (5) claims:

| | | |
|---|---|---|
| 1. | Unlawful seizure and conversion | City and Inis |
| 2. | False arrest and imprisonment | Inis |
| 3. | Intentional infliction of emotional harm | Inis |
| 4. | Libel | Inis |
| 5. | 42 USC §1983 | Inis |

To simplify understanding plaintiffs' claims and bring this case to trial, plaintiffs shall within twenty (20) days:

    A.    file a list of the witnesses to be called to testify at trial.

    B.    file a list of the exhibits to be offered at trial, together with a book of

      the exhibits.

   C.    file:

        1.    A draft form of verdict;

        2.    A draft of the instructions on the law of the case.

   D.    The Court will hold a status conference on **Tuesday, November 17, 2009 at 2:00 p.m.** to chart the further course of the case.

SO ORDERED.

                                  s/ Avern Cohn
                                AVERN COHN
                                UNITED STATES DISTRICT JUDGE

Dated: September 24, 2009

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 24, 2009, by electronic and/or ordinary mail.

                                  s/ Julie Owens
                                Case Manager, (313) 234-5160